IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH ANTONETTI,

    Plaintiff,

v.                                                     No. 1:21-cv-01202-MIS-GJF

JOHN GAY, et al.,

    Defendants.

**ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE
JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on June 2, 2023. ECF No. 27. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id.* at 10. On June 12, 2023, Plaintiff filed a "Motion for Reconsideration," which the Court construes as Plaintiff's objections to the Magistrate Judge's PFRD. ECF No. 30; *see also* ECF No. 34 (Corrections Defendants' June 26, 2023, response to Plaintiff's objections).

    Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review and having thoroughly considered the PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

    (1) The Plaintiff's objections (ECF No. 30) are **OVERRULED**;

    (2) The Magistrate Judge's PFRD (ECF No. 27) is **ADOPTED**; and

    (3) Plaintiff's Motion for Temporary Restraining Order [ECF Nos. 5, 9] is **DENIED**.

                                                          **MARGARET STRICKLAND**
                                                           UNITED STATES DISTRICT JUDGE